```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      SOUTHERN DIVISION
```

UNITED STATES OF AMERICA                                PETITIONER

VS.                             CRIMINAL CASE NO. 1:01CR23-DCB-JMR

BRUCE ROBINSON

<u>ORDER</u>

This cause came on this date to be heard upon the Report and Recommendation of Chief United States Magistrate Judge, John M. Roper, after referral of hearing by this Court, and there being no objections thereto filed by either party, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of Chief United States Magistrate Judge John M. Roper be, and the same is hereby, adopted as the finding of this Court, and that Defendant Bruce Robinson's Motion [74-1] for Transcript of Revocation Hearing and Motion [75-1] for Transcript are DENIED.

A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the <u> 28th </u> day of October, 2010.

<u>s/ David Bramlette</u>
UNITED STATES DISTRICT JUDGE